≈AO 442   (Rev. 5/93) Warrant for Arrest

# United States District Court
### District of the Northern Mariana Islands

UNITED STATES OF AMERICA

V.

LEA DECADA MENDIOLA

**WARRANT FOR ARREST**

CASE NUMBER:   CR 02-00028-001

FILED
Clerk
District Court

SEP 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

To: The United States Marshal
  and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____LEA DECADA MENDIOLA_____
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☑ Probation Violation Petition

charging him or her with   (brief description of offense)

| Violation Number: | Nature of Noncompliance: |
|---|---|
| Mandatory Condition 1 - | Failure to refrain from committing another federal, state, or local crime; |
| Special Condition 14 - | Failure to comply with the orders of the Northern Marianas Superior Court in criminal case 03-0381T and DPS number 03-765, Commonwealth of the Northern Mariana Islands vs. Ignacio A. Cabrera. |
| Standard Condition 3 - | Failure to answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer; |
| Standard Condition 9 - | Failure to comply with the condition not to associate with any persons engaged in criminal activity and not associate with any person convicted of a felony, unless granted permission to do so by the probation officer; |
| Standard Condition 11 - | Failure to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer; |
| Special Condition 1 - | Failure to serve three months of home detention, which shall include electronic monitoring under the direction of the U.S. Probation Office. The defendant shall pay all or part of the costs of the program based on her ability to pay as determined by the probation officer. |

in violation of Title ___18___ United States Code, Section(s) ___3563___

| Alex R. Munson | Chief Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Alex R. Munson | September 9, 2005   Garapan, Saipan |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ___NONE___   by   Honorable, Alex R. Munson, Chief Judge
                                      Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
Tinian Embassy Compound by Tinian DPS - CID

| DATE RECEIVED 13 Sep 05 | NAME AND TITLE OF ARRESTING OFFICER W. M. Calvert Dep US Marshal | SIGNATURE OF ARRESTING OFFICER *(signature)* CID USM & post |
|---|---|---|
| DATE OF ARREST 14 Sep 05 | | |



AO 442     (Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____PI_____

DATE OF BIRTH: _____02/17/72_____

SOCIAL SECURITY NUMBER: _____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_____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____787993DC0_____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____USMS # 00418-005_____
_____FID # 1065309_____