MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-02-00028-001                         September 14, 2005
                                        1:40 p.m.

**UNITED STATES OF AMERICA -v- LEA DECADA MENDIOLA**

PRESENT:  HON. ALEX R. MUNSON, JUDGE PRESIDING
          K. LYNN LEMIEUX, COURTROOM DEPUTY
          SANAE N. SHMULL, COURT REPORTER
          TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
          COLIN THOMPSON, ATTORNEY FOR DEFENDANT
          LEA DECADA MENDIOLA, DEFENDANT

PROCEEDINGS: REVOCATION HEARING

Defendant appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Timothy Moran, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

Attorney Thompson moved for a continuation of this hearing for at least two weeks due to the serious charges. Government stated that they had no objection to the continuation.

Court ordered that this hearing be continued to September 28, 2005 at 9:00 a.m. and that she be remanded into the custody of the U.S. Marshal due to the serious charges in the violation report.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. at 1:45 p.m.

K. Lynn Lemieux, Courtroom Deputy