Case 1:02-cr-00028    Document 29    Filed 09/28/2005    Page 1 of 2

Clerk
District Court

SEP 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-02-00028-001                              September 28, 2005
                                             9:55 a.m.

### UNITED STATES OF AMERICA -v- LEA DECADA MENDIOLA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           COLIN THOMPSON, ATTORNEY FOR DEFENDANT
           LEA DECADA MENDIOLA, DEFENDANT

PROCEEDINGS:  REVOCATION HEARING

Defendant appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Timothy Moran, AUSA. Also present was U. S. Probation Officer, Margarita Wonenberg.

Rhodora F. Bernabe was sworn as interpreter/translator of the Tagalog language.

Attorney Thompson reported to the Court that he had received information late yesterday afternoon from the U.S. Attorney's Office relating to a case involving Ignacio Cabrera and witness interviews. Attorney Thompson further relayed that he has yet to receive other documents from the US Attorney's Office relating to this case. Further, Attorney Thompson moved for a continuance on this hearing for another two weeks. Government argued that an extension of time is not warranted and requested that the witnesses that were present today from Tinian could testify today. Court granted the defendant's motion to continue the hearing until October 21, 2005 at 9:00 a.m. and further, Court granted the Government's request to call their witnesses on this date.

Government called:

**MELVIN MONKEYA**. (DPS Tinian Investigator). DX. CX. RDX.

Government called:

**CHARLOTTE BORJA PALACIOS**. (DPS Tinian). DX. CX. RDX. RCX.

Defendant was remanded into the custody of the U. S. Marshal and the hearing was ordered continued to October 21, 2005 at 9:00 a.m.

Adj. at 10:55 a.m.

K. Lynn Lemieux, Courtroom Deputy