Clerk
District Court

SEP 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 02-00028 |
| Plaintiff, | ) |
| vs. | ) NOTICE CONTINUING |
| | ) VIOLATION HEARING |
| LEA DECADA MENDIOLA, | ) |
| Defendant. | ) |

Timothy Moran　　　　　　　　　　　Colin Thompson
Assistant U.S. Attorney　　　　　　　Attorney at Law
P.O. Box 500377　　　　　　　　　　P.O. Box 1280
Saipan, MP 96950　　　　　　　　　Saipan, MP 96950

NOTICE IS HEREBY GIVEN that the Violation Hearing of September 28, 2005 in the above case is continued to Friday, October 21, 2005 at 9:00 a.m.

DATED this 28th day of September, 2005.

*[signature]*
ALEX R. MUNSON, Chief Judge