FILED
Clerk
District Court

OCT 21 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL ACTION NO. 02-00028 |
| Plaintiff, | ) |
| vs. | ) NOTICE CONTINUING |
| | ) VIOLATION HEARING |
| LEA DECADA MENDIOLA, | ) |
| Defendant. | ) |

Timothy Moran
Assistant U.S. Attorney
P.O. Box 500377
Saipan, MP 96950

Colin Thompson
Attorney at Law
P.O. Box 1280
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that pursuant to a stipulation by both parties and the Court the Violation Hearing of October 21, 2005 in the above case is continued to Tuesday, November 1, 2005 at 4:30 p.m.

DATED this 21st day of October, 2005.

_____
ALEX R. MUNSON, Chief Judge

AO 72A
(Rev.8/82)