F I L E D
Clerk
District Court

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

NOV 02 2005

CR-02-00028-001

November 2, 2005
5:00 p.m.

For The Northern Mariana Islands
By_____
(Deputy Clerk)

### UNITED STATES OF AMERICA -v- LEA DECADA MENDIOLA

PRESENT:     HON. ALEX R. MUNSON, JUDGE PRESIDING
ELLIA CIAMMAICHELLA, LAW CLERK
K. LYNN LEMIEUX, COURTROOM DEPUTY
SANAE N. SHMULL, COURT REPORTER
TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
COLIN THOMPSON, ATTORNEY FOR DEFENDANT
LEA DECADA MENDIOLA, DEFENDANT

PROCEEDINGS:  REVOCATION HEARING

Defendant appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Timothy Moran, AUSA. Also present was U. S. Probation Officer, Margarita Wonenberg.

Court announced that counsel had come to an agreement and had stipulated, while meeting in Chambers, to continue this hearing until November 16, 2005 at 9:00 a.m.

Defendant was remanded back into the custody of the U.S. Marshal.

Adj. at 5:05 p.m.

K. Lynn Lemieux, Courtroom Deputy