FILED
Clerk
District Court

NOV 03 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEA DECADA MENDIOLA,<br><br>Defendant. | Case No. CR-02-00028<br><br>ORDER RESCHEDULING<br>REVOCATION HEARING |

THIS MATTER came before the court on Wednesday, November 2, 2005, for a revocation hearing. Plaintiff appeared by and through its attorney, Assistant U.S. Attorney Timothy E. Moran; defendant appeared personally and by and through her attorney, Colin Thompson.

Upon defendant's request, and without objection from plaintiff,

IT IS ORDERED THAT the revocation hearing be rescheduled for Wednesday, November 16, 2005, at 9:00 a.m. so that defendant may investigate all possible counseling services available in the Commonwealth that may assist defendant. At the time of the rescheduled revocation hearing, defendant will advise the court whether those services are satisfactory for defendant's needs.

DATED this 3rd day of November, 2005.

_____
ALEX R. MUNSON
Judge