FILED
Clerk
District Court

NOV 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEA DECADA MENDIOLA,<br><br>Defendant. | Criminal No. 02-00028<br><br><br><br>Order Rescheduling Revocation<br>Hearing Time |

Timothy Moran                    Colin Thompson
Assistant U.S. Attorney          Attorney at Law
P.O. Box 500377                  PMB 917, Box 10001
Saipan, MP 96950                 Saipan, MP 96950

IT IS ORDERED that the Revocation Hearing scheduled for

Wednesday, November 16, 2005, at 9:00 a.m., is rescheduled to 4:30

p.m., on the same date.

DATED this 14th day of November, 2005

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)