FILED
Clerk
District Court

NOV 1 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-02-00028-001                                         November 16, 2005
                                                        4:45 p.m.

### UNITED STATES OF AMERICA -v- LEA DECADA MENDIOLA

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
           COLIN THOMPSON, ATTORNEY FOR DEFENDANT
           LEA DECADA MENDIOLA, DEFENDANT

PROCEEDINGS:  REVOCATION HEARING

Defendant appeared with court appointed counsel, Attorney Colin Thompson. Government was represented by Timothy Moran, AUSA. Also present was U. S. Probation Officer, Margarita Wonenberg.

Rhodora Bernabe was present as an interpreter/translator.

Court stated that this matter had been before the Court three times and three times had been continued in order for counsel to obtain information as to whether the defendant could get help with common-sense parenting and whether she could be enrolled in a program where she could get this time of counseling.

Government stated that the paperwork between a parallel case of this defendant in the Superior Court and a Common-Sense Parenting Program has been reviewed and he feels that this program would benefit the defendant but that she be accountable.

Court, after hearing all testimony, ordered that LEA D. MENDIOLA remain in Federal custody until such time as she appears before the CNMI Superior Court and is sentenced pursuant to her plea agreement in the local case and that plea agreement shall include that she participate and complete Common-Sense Parenting Program and that she participate in any type of counseling that counselors deem appropriate and that in the plea agreement that it is agreed that the Adult Probation Dept. Monitor any breeches to the Federal Probation Officer and that this case shall be in abeyance until such time that she completes her programs or until such time that a breech is reported.

Defendant was remanded into the custody of the U.S. Marshal.

Adj. at 5:10 p.m.

K. Lynn Lemieux, Courtroom Deputy