FILED
District Court
NOV 30 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 02-00028 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER THAT DEFENDANT |
| | ) | BE RELEASED FROM |
| LEA DECADA MENDIOLA, | ) | CUSTODY OF U.S. MARSHAL |
| | ) | |
| Defendant | ) | |

IT IS ORDERED that the above-named defendant be and hereby is released from the custody of the U.S. Marshal, in accordance with the court's order of November 16, 2005, which stated that she would be released after sentencing in Commonwealth Superior Court.

DATED this 30th day of November, 2005.

_____
ALEX R. MUNSON
Judge